In the Matter of CENTERPOINTE CORPORATE PARK PARTNERSHIP 350, Respondent, v MONY, Also Known as the MONY GROUP and Another, et al., Respondents. BROKER ALLIANCE GROUP, INC., Appellant.

Submitted July 30, 2012; decided October 30, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of CITY OF NEW YORK, Respondent, v AMERICAN PIPE AND TANK LINING CO., INC., Appellant.

Submitted August 6, 2012; decided October 30, 2012

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's denial of appellant's motion to renew, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

JOHN R. DENZA et al., Appellants, v INDEPENDENCE PLAZA ASSOCIATES, LLC, et al., Respondents.

Submitted August 20, 2012; decided October 30, 2012

Motion by Fifth Avenue Committee et al., insofar as it seeks leave to appear amici curiae on the motion for leave to appeal herein, granted and the proposed brief is accepted as filed; motion, insofar as it seeks leave to appear amici curiae on the appeal herein, dismissed as academic.